UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-226-GCM

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) | ORDER GRANTING ADMISSION |
| v. | ) ) | *PRO HAC VICE* |
| RICHARD WEISHORN, *et al,* | ) ) ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff United States Fire Insurance Company to allow **Charles B. Walther** to appear *Pro Hac Vice*, dated July 17, 2008 [doc # 6].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Walther has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 22, 2008

Graham C. Mullen
United States District Judge