UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) | |
|---|---|---|
| Appellant, | ) ) ) | |
| vs. | ) ) | Case No. 3:08-cv-00226-GCM |
| RICHARD WEISHORN et al., | ) ) ) | (On appeal from *In re J.A. Jones, Inc.*, Case No. 03-33532, |
| Appellees. | ) | United States Bankruptcy Court) |

## ORDER GRANTING CONSENT MOTION OF APPELLEE RICHARD WEISHORN FOR ABATEMENT OF BRIEFING DEADLINES

Upon Consideration of the Consent Motion Of Appellee Richard Weishorn For Abatement Of Briefing Deadlines, and it appearing to the Court for good cause shown that the motion should be granted and that an order should be entered accordingly,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Consent Motion Of Appellee Richard Weishorn For Abatement Of Briefing Deadlines be, and hereby is, GRANTED, and the deadline for appellant United States Fire Insurance Company to file a brief is extended to November 14, 2008, and the deadline for appellees Richard Weishorn, Zurich American Insurance Company, and the Official Unsecured Creditors' Committee of J.A. Jones, Inc. to file a brief is extended to December 15, 2008.

Signed: 13 August 2008

Graham C. Mullen
United States District Judge